IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARRELL TYRONE HENDERSON, :
AIS 250606,
:
    Petitioner,
:
vs.                                         CA 07-0556-BH-C
:
JERRY FERRELL,
:
    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,[1] the recommendation of the Magistrate Judge (Doc. 19) made under 28 U.S.C. § 636(b)(l)(B) and dated November 21, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 30th day of November, 2007.

                                                          s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE

---

[1] The petitioner did respond (Doc. 21) to the Report and Recommendation but therein approved rather than objected to the findings and conclusions of the Magistrate Judge.